No. A-553. NATIONAL LEAGUE OF CITIES, INC., ET AL. v. BRENNAN, SECRETARY OF LABOR; and

No. A-566. CALIFORNIA ET AL. v. BRENNAN, SECRETARY OF LABOR. D. C. D. C. Stay order heretofore granted by THE CHIEF JUSTICE on December 31, 1974, is hereby continued on condition that appellants file their jurisdictional statements on or before January 17, 1975. Appellee may file a reply to the jurisdictional statements on or before 12 p. m., January 23, 1975. Neither the

jurisdictional statements nor the replies need be initially printed.